UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ADVANCED INTERVENTIONAL PAIN &
DIAGNOSTICS OF WESTERN ARKANSAS, LLC,

        Plaintiff,

v.                                         Case No. 8:20-cv-02704-WFJ-CPT

ADVA HOLDINGS, LLC, and ENCOMPASS
SPECIALTY NETWORK, LLC,

        Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEYS' FEES, LITIGATION COSTS, AND SERVICE AWARD

This matter is before the Court on Plaintiff's Unopposed Motion for Attorneys' Fees, Litigation Costs, and Service Award filed in connection with Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement. Doc. 102. Having reviewed in detail the Settlement Agreement, all relevant motions and papers that have been filed in connection with the proposed Settlement, and finding good cause,

**IT IS HEREBY ORDERED THAT:**

    1.     This Order incorporates by reference the definitions in the Settlement Agreement, all terms defined therein shall have the same meaning in this Order as set forth in the Settlement Agreement.

    2.     The Court has jurisdiction over the subject matter of the Action and over all parties to the Action, including all members of the Settlement Class.

    3.     The Court finds that there are no objections to Class Counsel's request

1

for fees and costs.

4. The Court finds that the requested amount of attorneys' fees of 25% of the Settlement Fund is fair, reasonable, and appropriate upon consideration of all relevant factors, including (1) the time and labor required; (2) the novelty and difficulty of the questions; (3) the skill requisite to perform the legal service properly; (4) the preclusion of other employment by the attorney; (5) the customary fee; (6) whether the fee is contingent; (7) the time limitations imposed; (8) the amount involved and results obtained; (9) the experience, reputation and ability of the attorneys; (10) the "undesirability" of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases.

5. Accordingly, Class Counsel are awarded 25% of the Settlement Fund, or $2,250,000, in attorneys' fees.

6. The Court further finds that Class Counsel's request for litigation costs is reasonable.

7. Accordingly, Class Counsel are awarded $11,233.33 in costs.

8. The awarded attorneys' fees and litigation costs shall be paid from the Settlement Fund in the manner and at the times set forth in the Settlement Agreement.

9. The Court further finds that the requested service award of $5,000, to be paid by Defendants separately and in addition to the amounts paid into the Settlement Fund, is reasonable.

10. Accordingly, the Settlement Class Representative is awarded a service award of $5,000, to be paid in the manner and at the times set forth in the Settlement Agreement.

11. If the Effective Date does not occur for any reason, the Settlement Agreement shall be rendered null and void, the Settlement and all proceedings had

in connection therewith shall be without prejudice.

**IT IS SO ORDERED.**

June 22, 2021

_____
WILLIAM F. JUNG
**UNITED STATES DISTRICT JUDGE**